UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NOEL DEAN (#309740)

VERSUS                                           CIVIL ACTION

HOWARD PRINCE, ET AL                             NUMBER 09-117-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the defendants' motion for partial summary judgment shall be granted, dismissing the plaintiff's complaint for failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a), and with prejudice to refiling the complaint in forma pauperis status.[1]

Baton Rouge, Louisiana, July 15, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] *Underwood v. Wilson*, 151 F.3d at 296.

Doc#46192